IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARILYN MARGULIS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GENERATION LIFE INSURANCE COMPANY, *et al.*,<br><br>　　　　Defendants. | Case No.  4:14-cv-01462-SNLJ |

## STIPULATION OF DISMISSAL

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Marilyn Margulis ("Plaintiff") and Defendants Spring Venture Group, LLC, Open Market Quotes LLC and Generation Life Insurance Company (Plaintiff and Defendants referred to collectively as the "Parties") hereby stipulate and agree to DISMISS each and all of the individual claims alleged by Plaintiff in this action WITH PREJUDICE.  The putative class claims are DISMISSED WITHOUT PREJUDICE.  Each Party shall bear his, her, and its own costs, fees and expenses, including attorneys' fees. This stipulation of dismissal  disposes of the entire action.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

/s/ Cyrus Dashtaki　　　　　　　　　　　　　　　/s/ Glennon Fogarty (with consent)
Cyrus Dashtaki, #57606MO　　　　　　　　　　Glennon P. Fogarty, #42983MO
Dashtaki Law Firm, LLC　　　　　　　　　　　Matthew D. Knepper, #61731MO
5205 Hampton Avenue　　　　　　　　　　　　Husch Blackwell LLP
St. Louis, MO 63109　　　　　　　　　　　　　190 Carondelet Plaza, Suite 600
Telephone:　(314) 932-7671　　　　　　　　　St. Louis, MO 63105
Facsimile:　(314) 932-7672　　　　　　　　　(314) 480-1500
Email:　cyrus@dashtaki.com　　　　　　　　　(314) 480-1505
　　　　　　　　　　　　　　　　　　　　　　　glennon.fogarty@huschblackwell.com
*Attorney for Plaintiff and*　　　　　　　　　　matt.knepper@huschblackwell.com
*all others similarly situated*　　　　　　　　　*Attorneys for Defendants*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on December 10, 2015, a true and correct copy of the above and foregoing document has been served upon all counsel of record by filing this document on the Court's CM/ECF filing system.

                                          /s/ Cyrus Dashtaki